UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SCOTT INGRAM,

        Plaintiff,

   v.

JILL JACKSON, *et al.*,

        Defendants.

CASE NO. C19-1980 RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. #10).

(2) Plaintiff's complaint is DISMISSED WITH PREJUDICE.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 21st day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1